445 A.2d 239

Blakney, Appellant v. School District of Philadelphia.

 Argued September 10, 1981. Belton Richard Blankey, appellant in propria persona; Robert Nuttall, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.